THE MAYOR AND COUNCIL OF THE CITY OF HOBOKEN
v. HENRY RITTER ET AL.

Submitted July 3, 1902—Decided November 10, 1902.

Before Justices GARRISON and COLLINS.

For the plaintiffs in *certiorari*, John J. Fallon.

For the defendants in *certiorari*, James F. Minturn.

PER CURIAM.

This case is identical with that just decided. The conviction of the saloonkeeper, Henry Ritter, is affirmed, with costs. The writ will be dismissed, but without costs, as against the three women included as plaintiffs in *certiorari*.